ATTORNEY GRIEVANCE COMMISSION OF MARYLAND      \*     IN THE

    \*     COURT OF APPEALS

    \*     OF MARYLAND

**v.**

    \*     Misc. Docket AG No. 99

**WENDY A. HAUSMANN**      \*     September Term, 2021

# O R D E R

Upon consideration of the Joint Petition for Reprimand filed by the Attorney Grievance Commission of Maryland and the Respondent, Wendy A. Hausmann, it is this 10th day of August, 2022

**ORDERED**, by the Court of Appeals of Maryland, that the Respondent, Wendy A. Hausmann, be, and she hereby is, REPRIMANDED for violating Rules 4-1.2(c), 4-1.7(b), 4-1.8(a), 4-1.9(a), and 4-8.4(d) of the Florida Rules of Professional Conduct.

/s/ Matthew J. Fader
Chief Judge

Pursuant to Maryland Uniform Electronic Legal Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.



Suzanne C. Johnson, Clerk